IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| Shashi Mishra, Ashwani Kumar Mishra, Ishita Mishra, and Ananya Mishra,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services,<br><br>　　　　　　　Defendant. | Case No.: 2:23-cv-773-RSL |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case on the following terms:

1. Defendant agrees to issue Plaintiffs an approval, denial, request for evidence, or notice of intent to deny within 60 days of actual receipt of Plaintiff's response to the currently pending request for evidence or receipt of tracking information for the response from Plaintiffs, whichever is later;

2. Plaintiffs agree to provide Defendant tracking information for its response to the request for evidence through counsel as soon as practicable; and

Stipulation of Dismissal
23-cv-773-RSL　　　　　　　　　　- 1

KARR TUTTLE CAMPBELL
701 FIFTH AVENUE, SUITE 3300
SEATTLE, WA 98104; P. 206.224.8092

3. If Defendant issues a second request for evidence or notice of intent to deny, it further agrees to make a final decision within 60 days on the same terms as prescribed in paragraph 1.

4. The parties agree to dismiss this case, bearing their own costs and fees.

5. If Plaintiffs believe USCIS has breached this agreement in any way, they will notify undersigned counsel and provide USCIS with at least 14 days to remedy any such breach. If USCIS fails to remedy said breach within 14 days, Plaintiffs may file a Motion to Reopen this matter. Defendant agrees to be subject to jurisdiction and venue regarding any such filing sought to enforce the terms and conditions of this Stipulated Dismissal, filed in this Court / within the Western District of Washington.

July 20, 2023                                    Respectfully submitted,

                                                 s/Kripa Upadhyay
                                                 KRIPA UPADHYAY
                                                 Karr, Tuttle, Campbell
                                                 701 Fifth Ave, Suite 3300
                                                 Seattle, WA 98104
                                                 P: 206.224.8092
                                                 kripa@karrtuttle.com

                                                 /s/Bradley B. Banias
                                                 BRADLEY B. BANIAS
                                                 Banias Law, LLC
                                                 Post Office Box 20789
                                                 Charleston, South Carolina 29413
                                                 brad@baniaslaw.com
                                                 843.352.4272

                                                 Attorney for Plaintiffs


                                                 TESSA M. GORMAN
                                                 Acting United States Attorney

                                                 /s/ *Michelle R. Lambert*
                                                 MICHELLE R. LAMBERT
                                                 Assistant United States Attorney
                                                 Attorney for Respondents United States

Stipulation of Dismissal
23-cv-773-RSL                           - 2

                                                 KARR TUTTLE CAMPBELL
                                                 701 FIFTH AVENUE, SUITE 3300
                                                 SEATTLE, WA 98104; P. 206.224.8092

1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

Attorneys for Defendant

## ORDER

The parties having so stipulated, the above is SO ORDERED. The case is dismissed without prejudice.

DATED this 21st day of July, 2023.

_____
ROBERT S. LASNIK
United States District Judge

Stipulation of Dismissal
23-cv-773-RSL                - 3

KARR TUTTLE CAMPBELL
701 FIFTH AVENUE, SUITE 3300
SEATTLE, WA 98104; P. 206.224.8092